**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-1203

DRAPER L. WOODARD,

Petitioner,

versus

DOMINION COAL COMPANY; DIRECTOR, OFFICE OF
WORKERS' COMPENSATION PROGRAMS, UNITED STATES
DEPARTMENT OF LABOR,

Respondents.

On Petition for Review of an Order of the Benefits Review Board.
(01-449-BLA, 97-1611-BLA,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)

Submitted:  August 22, 2002       Decided:  September 19, 2002

Before WILKINS and NIEMEYER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Draper L. Woodard, Petitioner Pro Se.  Ronald Eugene Gilbertson,
BELL, BOYD & LLOYD, Washington, D.C.; Patricia May Nece, Christian
P. Barber, Helen Hart Cox, UNITED STATES DEPARTMENT OF LABOR,
Washington, D.C., for Respondents.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Draper L. Woodard seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's grant of Dominion Coal's request for modification of the award of benefits on her deceased husband's claim and the denial of her survivor's claim for black lung benefits pursuant to 30 U.S.C. §§ 901-945 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. See <u>Woodard v. Dominion Coal Co.</u>, No. 01-449-BLA (BRB Feb. 6, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>